UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Antonio Reyes Maldonado a/k/a William Reyes Maldonado a/k/a William R. Maldonado a/k/a William A. Reyes a/k/a William Maldonado,<br><br>Plaintiff,<br><br>-against-<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC a/k/a Transunion; Western Alliance Bank, successor-by-merger to Amerihome Mortgage Company, LLC; Union Home Mortgage Corp. d/b/a Union Home Mortgage; and Ally Financial, Inc.,<br><br>Defendants. | Civil Action<br>Case No.: 1:24-cv-08930-DEH-HJR |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Salomon William Antonio Reyes Maldonado a/k/a William Reyes Maldonado a/k/a William R. Maldonado a/k/a William A. Reyes a/k/a William Maldonado, by and through his undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC a/k/a Transunion is voluntarily dismissed with prejudice.

Dated: Brooklyn, New York
       December 23, 2024

**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff,*
William Antonio Reyes Maldonado a/k/a William Reyes Maldonado a/k/a William R. Maldonado a/k/a William A. Reyes a/k/a William Maldonado

*/s/ Steven Amshen*
Steven Amshen, Esq. (ID No. SA2569)
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Telephone: (718) 336-4200
Email: samshen@petroffamshen.com