**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Antonio Reyes Maldonado a/k/a William Reyes Maldonado a/k/a William R. Maldonado a/k/a William A. Reyes a/k/a William Maldonado,<br><br>Plaintiff,<br><br>-against-<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC a/k/a Transunion; Western Alliance Bank, successor-by-merger to Amerihome Mortgage Company, LLC; Union Home Mortgage Corp. d/b/a Union Home Mortgage; and Ally Financial, Inc.,<br><br>Defendants. | Civil Action<br>Case No.: 1:24-cv-08930-DEH-HJR<br><br>The Court is in receipt of Plaintiff's notice of voluntary dismissal. The Clerk of Court is respectfully requested to terminate Defendants Equifax Information Services LLC; Experian Information Solutions, Inc.; and Trans Union LLC a/k/a Transunion from the docket.<br>SO ORDERED.<br><br>*/s/ Dale E. Ho*<br>Dale E. Ho<br>United States District Judge<br>Dated: December 26, 2024<br>New York, New York |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Salomon William Antonio Reyes Maldonado a/k/a William Reyes Maldonado a/k/a William R. Maldonado a/k/a William A. Reyes a/k/a William Maldonado, by and through his undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC a/k/a Transunion is voluntarily dismissed with prejudice.

Dated:  Brooklyn, New York
            December 23, 2024

**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff,*
William Antonio Reyes Maldonado a/k/a William Reyes Maldonado a/k/a William R. Maldonado a/k/a William A. Reyes a/k/a William Maldonado

*/s/ Steven Amshen*
Steven Amshen, Esq. (ID No. SA2569)
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Telephone: (718) 336-4200
Email: samshen@petroffamshen.com